IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Olga Cervantes, an; (2) Carlos Almedarez; (3) Arturo Maximo, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>(1) Countrywide Home Loans, Inc.;<br>(2) Merscorp, Inc.;<br>(3) Mortgage Electronic Registration Systems, Inc.;<br>(4) Federal Home Loan Mortgage Corporation;<br>(5) Federal National Mortgage Association;<br>(6) GMAC Mortgage, LLC;<br>(7) J.P. Morgan Chase Bank, NA;<br>(8) Citimortgage, Inc.;<br>(9) HSBC Mortgage Corporation, USA;<br>(10) AIG United Guaranty Corporation;<br>(11) Wells Fargo Bank, NA;<br>(12) Bank of America, NA;<br>(13) GE Money Bank;<br>(14) PNC Financial Services Group, Inc.;<br>(15) National City Corporation;<br>(16) National City Bank;<br>(17) National City Mortgage;<br>(18) Merrill Lynch & Company, Inc;<br>(19) First Franklin Financial Corporation;<br>(20) LaSalle Bank, NA;<br>(21) Tiffany & Bosco, PA,<br><br>　　　　　Defendants. | No. CV 09-517-PHX-JAT<br><br>**ORDER** |

1  Pending before this Court is Plaintiff Arturo Maximo's Motion to Seal Plaintiff's
2  Reply to LaSalle Bank, N.A.'s Opposition to Second Motion for Preliminary Injunction and
3  Temporary Restraining Order and Exhibits Thereto (Doc. # 153). Plaintiff inadvertently filed
4  in pages 7-10 of Exhibit 1 (Doc. # 148-2) attorney-client privileged material from another,
5  unrelated case. The Court interprets Plaintiff's motion as one to strike the privileged material
6  from the record. Plaintiff has re-filed his Reply to LaSalle Bank, N.A's Opposition to
7  Second Motion for Preliminary Injunction and Temporary Restraining Order at Doc. # 154,
8  without the privileged material.

9  Accordingly,

10 **IT IS ORDERED** that Plaintiff Arturo Maximo's Motion to Seal Plaintiff's Reply
11 to LaSalle Bank, N.A.'s Opposition to Second Motion for Preliminary Injunction and
12 Temporary Restraining Order and Exhibits Thereto (Doc. # 153) is granted in that Plaintiff's
13 Reply to LaSalle Bank, N.A's Opposition to Second Motion for Preliminary Injunction and
14 Temporary Restraining Order at Doc. # 148 and the exhibits attached at Doc. # 148-2 are
15 stricken from the record.

16 **IT IS FURTHER ORDERED** that the Clerk of the Court shall remove the document
17 attached to Doc. # 148 in CM/ECF.

18 **IT IS FINALLY ORDERED** that any party in receipt of Doc. # 148 and the exhibits
19 attached at Doc. # 148-2 shall disregard and destroy said documents, and replace Doc. # 148
20 with Doc. # 154.

21 DATED this 2nd day of June, 2009.

James A. Teilborg
United States District Judge