Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| OLGA CERVANTES, an unmarried woman, CARLOS ALMENDAREZ, a married man, and ARTURO MAXIMO, a married man, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of Merscorp, Inc., a Delaware corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Virginia corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a District of Columbia corporation; GMAC MORTGAGE, L.L.C., a Delaware corporation; J.P. MORGAN CHASE BANK, N.A., a New York corporation; CITIMORTGAGE, INC., a New York corporation; HSBC MORTGAGE CORPORATION, U.S.A., a Delaware corporation; AIG UNITED GUARANTY CORPORATION, a foreign corporation; WELLS FARGO BANK, N.A., a California corporation, dba Wells Fargo Home Equity and dba Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., a California corporation; BANK OF AMERICA, N.A., a Delaware corporation, GE | Case No. CV09-00517-PHX-JAT<br><br>Case No. CV09-00227-TUC-JMR<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER CASE NO. CV09-00227-TUC-JMR**<br><br>**AND**<br><br>**MOTION TO CONSOLIDATE CASE NOS. CV09-00517-PHX-JAT and CV09-00227-TUC-JMR** |

645796

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

| | |
|---|---|
| 1 | MONEY BANK, an Ohio corporation; PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation; NATIONAL CITY CORPORATION, a subsidiary of PNC Financial Services Group; NATIONAL CITY BANK, a subsidiary of National City Corporation; NATIONAL CITY MORTGAGE, a foreign company and a division of National City Bank, a subsidiary of National City Corporation; MERRILL LYNCH & COMPANY, INC., a subsidiary of Bank of America Corporation; FIRST FRANKLIN FINANCIAL CORPORATION, a subsidiary of Merrill Lynch & Company, Inc.; LASALLE BANK, N.A., a subsidiary of Bank of America; TIFFANY & BOSCO, P.A., an Arizona professional association; JOHN AND JANE DOES I-X; BLACK AND WHITE PARTNERSHIP I-X; and ABC CORPORATION I-X; |
| 13 | Defendants. |
| 14 | --AND-- |
| 15 | JONATHAN E. ROBINSON, a single man; and SALLY J. ROBINSON-BURKE, a married woman; individually and on behalf of a class of similarly situated individuals, |
| 18 | Plaintiffs, |
| 19 | vs. |
| 20 | GE MONEY BANK, a foreign corporation; WMC MORTGAGE CORP., a California corporation; WELLS FARGO BANK, N.A., a California corporation, dba Wells Fargo Home Equity and dba Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., a California corporation; AMERICA'S SERVICING COMPANY, a foreign corporation and division of Wells Fargo Bank, N.A., a California corporation; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of Merscorp, Inc., a Delaware corporation; |

645796                                             2

| | |
|---|---|
| 1 | COUNTRYWIDE HOME LOANS, INC., a New York corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Virginia corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a District of Columbia corporation; GMAC MORTGAGE, L.L.C., a Delaware corporation; NATIONAL CITY MORTGAGE, a foreign company and a division of NATIONAL CITY BANK, a foreign company; J.P. MORGAN CHASE BANK, N.A., a New York corporation; CITIMORTGAGE, INC., a New York corporation; HSBC MORTGAGE CORPORATION, U.S.A., a Delaware corporation; AIG UNITED GUARANTY CORPORATION, a foreign corporation; BANK OF AMERICA, N.A., a Delaware corporation; FIRST AMERICAN TITLE INSURANCE CORPORATION, a California corporation; JOHN AND JANE DOES I-X; BLACK AND WHITE PARTNERSHIP I-X; and ABC CORPORATION I-X,  Defendants. |

The Court, having considered Defendants' Motions to Transfer Case No. CV09-00227-TUC-JMR and to Consolidate Case Nos. CV09-00517-PHX-JAT and CV09-00227-TUC-JMR, and good cause appearing,

IT IS HEREBY ORDERED that *Robinson, et al. v. GE Money Bank, et al.* (No. CV09-00227-TUC-JMR) is transferred to Judge James A. Teilborg's docket.

IT IS FURTHER ORDERED that *Robinson* and *Cervantes, et al. v. Countrywide Home Loans, Inc., et al.* (No. CV09-00517-PHX-JAT) are consolidated and shall be heard and decided by Judge Teilborg.