Keith Beauchamp (012434)
Roopali H. Desai (024295)
**COPPERSMITH SCHERMER & BROCKELMAN, PLC**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
(602) 381-5490 (Direct)
(602) 772-3738 (Direct Fax)
kbeauchamp@csblaw.com
rdesai@csblaw.com

*Attorneys for Defendant GE Money Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| OLGA CERVANTES, an unmarried woman, CARLOS ALMENDAREZ, a married man, and ARTURO MAXIMO, a married man, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation, et al.,<br><br>Defendants. | Case No. CV09-00517-PHX-JAT<br><br>**NOTICE OF ERRATA RE: DEFENDANT GE MONEY BANK'S AMENDED CORPORATE DISCLOSURE STATEMENT** |

Defendant GE Money Bank, by and through its counsel, respectfully submits this Notice of Errata to correct a typographical error inadvertently contained in its Amended Corporate Disclosure Statement filed August 20, 2009 (Dkt. #207). A redlined version of the relevant portion of that disclosure statement is set forth below, striking the portion of the disclosure that was inadvertently repeated:

The filing party hereby declares as follows:

_____ No such corporation.
\_\_X\_\_ Party is a parent, subsidiary or other affiliate or a publicly owned corporation as listed below:

GE Money Bank is a subsidiary of GE Consumer Finance, Inc., which is a subsidiary of General Electric Capital Corporation, <u>which is a subsidiary of General Electric Capital Services, Inc.,</u> which is a subsidiary of General Electric Company.

This portion of the Amended Corporate Disclosure Statement should have read:

GE Money Bank is a subsidiary of GE Consumer Finance, Inc., which is a subsidiary of General Electric Capital Corporation, which is a subsidiary of General Electric Capital Services, Inc., which is a subsidiary of General Electric Company.

Undersigned counsel apologize to the Court for any confusion this may have caused.

RESPECTFULLY SUBMITTED this 27th day of August, 2009.

**COPPERSMITH SCHERMER & BROCKELMAN, PLC**

By: /s/Keith Beauchamp
Keith Beauchamp
Roopali H. Desai
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

*Attorneys for Defendant GE Money Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Dana S. Austin