# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Olga Cervantes, et al., ) | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, ) | CV 09-517-PHX-JAT (Lead case) |
| v. ) |  |
| Countrywide Home Loans, Inc., et al., ) |  |
| Defendants. ) |  |

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court having granted Defendants' Motion(s) to Dismiss, this case is terminated and Plaintiffs shall take nothing.

| September 24th     2009 | RICHARD H. WEARE |
|---|---|
| Date | District Court Executive/Clerk |
|  | s/ Kathy Gerchar |
|  | (By) Kathy Gerchar, Deputy Clerk |

cc: (all counsel)